# Exhibit 2

# Technical Service Bulletin



**10 Engine replacement, checking for debris lodged in transferred assemblies**

10 13 10 2018288/4 September 5, 2013. Supersedes Technical Service Bulletin Group 10 number 10-02 dated September 14, 2010 for reasons listed below.

| Model(s) | Year | VIN Range | Vehicle-Specific Equipment |
|---|---|---|---|
| All | 1998 - 2014 | All | Not Applicable |

## Condition

| REVISION HISTORY | | |
|---|---|---|
| **Revision** | **Date** | **Purpose** |
| 4 | - | Revised header data (Added model years) |
| 3 | 9/14/2010 | Revised header data (Added models and MYs)  Revised *Technical Background* and *Service* (Added supercharger) |
| 2 | 11/20/2008 | Revised title to include Repair Group |

Prior to engine replacement, any debris lodged in transferred assemblies must be removed.

## Technical Background

If the vehicle's engine experienced a serious mechanical problem, it is possible that small pieces of metal debris resulting from the mechanical problem may have become deposited in the intake manifold, air intake hoses, exhaust manifolds, exhaust down-pipes, turbocharger, supercharger, and/or intercooler.

 **Note:**

If these pieces are not removed prior to the installation and operation of the replacement engine, the pieces may be drawn into the combustion chamber, which can cause a knocking noise and subsequent serious engine damage.

## Production Solution

Not applicable.

Page 1 of 2

© 2013 Audi of America, Inc.
All rights reserved. Information contained in this document is based on the latest information available at the time of printing and is subject to the copyright and other intellectual property rights of Audi of America, Inc., its affiliated companies and its licensors. All rights are reserved to make changes at any time without notice.  No part of this document may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, nor may these materials be modified or reposted to other sites, without the prior expressed written permission of the publisher.

# Technical Service Bulletin



## Service

Prior to installation of replacement engines, thoroughly inspect and clean the intake manifold, air intake hoses, exhaust manifold, exhaust downpipes, turbocharger, supercharger, and intercooler. This inspection is especially important on engines with two stage or variable intake manifolds, which must be checked internally for any signs of debris.

- If any debris is evident in the intake manifold or cylinder heads ports, replace the manifold, as cleaning of the internal intake paths cannot be 100% guaranteed. Debris can be lodged in the inner parts of the manifold until the manifold changes intake lengths. The debris may loosen and travel into the replacement engine.

- Not every engine replacement will require a new intake manifold. The decision to replace the intake manifold depends on the extent of mechanical damage.

**Tip:** Engine damage caused by failure to clean debris from assemblies that are transferred to a replacement engine is not covered by Warranty.

## Warranty

This TSB is informational only and not applicable to any Audi warranty.

## Additional Information

All parts and service references provided in this TSB (2018288) are subject to change and/or removal. Always check with your Parts Department and service manuals for the latest information.

© 2013 Audi of America, Inc.
All rights reserved. Information contained in this document is based on the latest information available at the time of printing and is subject to the copyright and other intellectual property rights of Audi of America, Inc., its affiliated companies and its licensors. All rights are reserved to make changes at any time without notice. No part of this document may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, nor may these materials be modified or reposted to other sites, without the prior expressed written permission of the publisher.