Homer B. Ramsey, Esq. (042661997)
Michael B. Gallub, Esq. (*pro hac vice*)
**HERZFELD & RUBIN, LLC**
354 Eisenhower Parkway
Livingston, New Jersey 07039
T: (973) 535-8840
F: (973) 535-8841
hramsey@herzfeld-rubin.com
mgallub@herzfeld-rubin.com
*Attorneys for Defendant*
*Volkswagen Group of America, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENI RIEGER, ALOHA DAVIS, JODIE CHAPMAN, CARRIE VASSEL, KAREN BURNAUGH, TOM GARDEN, ADA AND ANGELI GOZON, HERNAN A. GONZALEZ, PATRICIA A. HENSLEY, CLYDIENE FRANCIS, PETER and GUNNEL LOWEGARD, and GRANT BRADLEY, individually and on behalf of a class of similarly situated individuals, | Case No. 1:21-cv-10546 (NLH)(MJS) <br><br> Motion Date: February 22, 2022 <br><br> **ELECTRONICALLY FILED** <br><br> **ORAL ARGUMENT REQUESTED** |
| Plaintiffs, | |
| vs. | |
| VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, d/b/a AUDI OF AMERICA, INC., AUDI AG, a German corporation, and VOLKSWAGEN AG, a German corporation, | |
| Defendants. | |

### DEFENDANT VOLKSWAGEN GROUP OF
### AMERICA, INC.'S NOTICE OF MOTION TO
### DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7.1, Defendant Volkswagen Group

of America, Inc. shall move this Court before the Hon. Noel L. Hillman, U.S.D.J., on February 22,

2022 (or on such other date as the Court shall schedule), at the United States District Court, District

of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, Courtroom 3A, Fourth and Cooper

1

Streets, Camden, New Jersey 08101, for an Order dismissing Plaintiffs' Consolidated Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 9(b).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant shall rely upon the accompanying Memorandum of Law, the Consolidated Class Action Complaint, the Declaration of Frank J. Pritzl and exhibits attached thereto, other documents filed in the case, and upon such other matters as may be presented to the Court at the time of the hearing. A proposed Order is also submitted herewith.

Pursuant to the approved briefing schedule (Dkt. No. 49), Plaintiffs' response to this Motion must be filed by January 14, 2022, and Defendant's Reply must be filed by February 4, 2022. The filing of this motion and the hearing date are pursuant to the Order setting the briefing schedule (Dkt. No. 49) and the District of New Jersey's motion calendar.

December 3, 2021   **HERZFELD & RUBIN, LLC**

By: */s/ Homer B. Ramsey*
Homer B. Ramsey
Michael B. Gallub (*pro hac vice*)
354 Eisenhower Parkway
Livingston, New Jersey 07039
T: (973) 535-8840
F: (973) 535-8841
hramsey@herzfeld-rubin.com
mgallub@herzfeld-rubin.com
*Attorneys for Defendant*
*Volkswagen Group of America, Inc.*