Exhibit B



# 2013 Audi Models

## USA Warranty & Maintenance

**Audi**
Vorsprung durch Technik

# Warranty Voucher

for your new Audi automobile.

Present this voucher to an authorized Audi dealer if warranty service is required.

**Warranty terms and conditions covering your Audi are printed in the Warranty section of this booklet.**

| | |
|---|---|
| Vehicle Identification No.<br><br>Type / Engine Output / Transmission Code / Month & Year of Manufacture<br><br>Engine Code / Engine No.<br><br>Paint No. / Interior<br><br>Optional Equipment | Attach adhesive vehicle identification label in this field. |

| | |
|---|---|
| Warranty begins on the month of first use of the vehicle or its delivery to the first retail purchaser, namely on: | |
| Month         Day         Year | Authorized Audi Dealer Stamp |

**Welcome to Audi** . . . . . . . . . . . .  2
Your ownership experience . . . . . . . . . .  2
General Owner Responsibilities . . . . . . .  2
Customer Satisfaction and Assistance . .  4

**Warranty** . . . . . . . . . . . . . . . . . . . . .  7
New Vehicle Limited Warranty . . . . . . . .  7
Limited Warranty Against Corrosion
Perforation . . . . . . . . . . . . . . . . . . . . . .  10
Federal and California Emissions
Warranties . . . . . . . . . . . . . . . . . . . . . .  10
Kansas Safety Belt Limited Warranty  . .  15
Consumer Protection Information . . . . .  16
State-Specific Warranty Enforcement
Laws  . . . . . . . . . . . . . . . . . . . . . . . . . . .  16
Service Publications . . . . . . . . . . . . . . . .  18
Tire Manufacturers . . . . . . . . . . . . . . . .  18

**Maintenance** . . . . . . . . . . . . . . . . . .  20
Where do I bring my vehicle for service? .  20
When do I bring my vehicle in for
service? . . . . . . . . . . . . . . . . . . . . . . . . .  20
Maintenance service schedule . . . . . . . .  22

1335638MW23

## Welcome to Audi

### Your ownership experience

**Audi is committed to making your ownership experience satisfying, pleasant, and trouble-free. This booklet serves as a guide to inform you of the maintenance intervals as well as the complimentary services, warranties, and other benefits Audi extends to you.**

#### Pre-delivery inspection

Prior to delivery your authorized Audi dealer completed an extensive and detailed inspection of your vehicle. At delivery, you were provided with an owner's literature package, an introduction to the Service Department, and a full demonstration of vehicle features. These services were performed to ensure your vehicle meets Audi's high quality standards.

#### First maintenance free of charge

To assist with your vehicle maintenance, Audi provides your first scheduled maintenance service free of charge. The maintenance is performed at 1 year or 5,000 miles from your vehicle's in-service date, whichever occurs first. The in-service date, as well as service items performed can be found in the Maintenance section of this booklet. Please contact your authorized Audi dealer to schedule this complimentary service. For Audi R8 vehicles, please contact your authorized Audi dealer with the designation Audi R8 Certified Point or Audi R8 Service Point to schedule this complimentary service.

#### 24-Hour Roadside Assistance

As an Audi owner, you are provided with the protection of a 24-Hour Roadside Assistance Program when you travel within the United States and Puerto Rico. It is available 24 hours a day, 365 days a year, and continues for 4 years from your vehicle's in-service date, regardless of mileage. Please see "The Audi 24-Hour Roadside Assistance Program" section of this booklet for additional information.

#### Warranty package

– Audi provides New Vehicle Limited Warranty coverage for your vehicle. The warranty duration is 4 years or 50,000 miles from your vehicle's in-service date, whichever occurs first, and covers defects in manufacturer's material and workmanship.
– A Corrosion Perforation Warranty is part of your warranty coverage and extends for a period of 12 years regardless of mileage.
– Emissions warranties, mandated by Federal and California laws, are also included in your warranty package. The extent of warranty coverage for emission parts follows those mandates. To determine the coverage for your vehicle, read the emissions information in this booklet and the California Emissions Warranty Supplement.

#### Customer satisfaction and assistance

If you have questions or concerns about your vehicle or service, discuss them first with management personnel at your authorized Audi dealer. In the event your dealership does not respond to your satisfaction, Audi offers additional assistance.

You may contact the Audi Customer Experience Center via telephone or mail (please see the "Customer Satisfaction and Assistance" section in this booklet for contact information). A Customer Advocate, in conjunction with your authorized Audi dealer, will work with you to gather and review all the facts relating to your concern. When the review is complete, the advocate will let you know what further action, if any, will be taken.

Complete details of the Customer Satisfaction and Assistance programs are included in this booklet.

### General Owner Responsibilities

**As you take delivery of your new Audi**

**As you take delivery of your new Audi, it is important for you to be aware of things you** ▶

can do, which will help make owning an Audi as satisfying as driving one.

### Owner's Manual

Please become familiar with the information in your Owner's Manual. The manual details procedures for proper vehicle operation, and offers helpful tips for maintenance and care which can extend the life of parts such as the convertible top, battery, and trim items.

### Maintenance services

With proper maintenance and care, your Audi will continue to provide you with a dependable and safe driving experience. The Maintenance section of this booklet contains Audi's recommended service intervals as well as other important information you need to know to care for your Audi properly. It is important that you retain the original copy of this booklet and always ensure that your authorized Audi dealer completes and stamps the corresponding maintenance interval box when a service is performed.

In all circumstances it is important you retain completed documents with details of maintenance services, as they may be required for warranty coverage in special situations. All maintenance records should be given to the new owner if your vehicle is sold.

Although Audi will not deny a warranty claim based solely on inadequate maintenance records, the failure to produce maintenance records can be a factor in denying warranty coverage if the vehicle has not been properly maintained.

### Replacement parts

To maintain the superior quality built into your vehicle, and to ensure optimum performance, Audi recommends you use only Audi Genuine Parts when you replace a part on your vehicle. Audi Genuine Parts are designed specifically to fit your vehicle and manufactured to the highest standard for reliability and durability. Your warranty coverage does not depend upon the use of any particular brand of replacement part; however replacement parts which are not Audi Genuine Parts, or any damage or return failures resulting from the use of those parts, are not covered by any Audi warranty.

### Warranty coverage

Audi's confidence in its vehicles is demonstrated by the extensive warranty package provided for you. We recommend you read the full warranty information printed in this booklet and the California Emissions Warranty Supplement. To obtain service under this warranty the vehicle must be brought upon discovery of a defect in manufacturer's material or workmanship, to an authorized Audi dealer in the United States, including its territories, during normal business hours.

### Audi R8 Warranty coverage

To ensure that all Audi R8 repairs and services are performed properly, all repair and service work must be performed at an authorized Audi dealer with the designation Audi R8 Certified Point or Audi R8 Service Point. Due to the specialized tools, equipment, and technical training necessary to perform services and repairs, your Audi warranties do not cover service, repair, or any damage resulting from services or repairs performed at a facility that is not an authorized Audi R8 Certified Point or Audi R8 Service Point.

### Audi Q5 hybrid Warranty coverage

To ensure that all Audi Q5 hybrid component repairs and services are performed properly, all repair and service work on the hybrid components must be performed at an Audi Q5 hybrid certified dealer. To locate an Audi Q5 hybrid certified dealer near you, please refer to http://www.audiusa.com, or contact the Audi Customer Experience Center at: **1 (800) 822-2834**. Due to the specialized tools, equipment, and technical training necessary to perform services and repairs, your Audi warranties do not cover service, repair, or any damage resulting from services or repairs performed at a facility that is not an Audi Q5 hybrid certified dealer.

# Customer Satisfaction and Assistance

## Quality, dependability, and peace of mind

We are dedicated to ensuring that you enjoy exceptional quality, dependability, and peace of mind throughout your ownership experience, and your authorized Audi dealer should be able to answer any questions regarding the service and operation of your Audi. Your satisfaction with our product and the service provided by your authorized Audi dealer is of great importance to us.

If you have a question about the service you have received or a situation arises that you believe has not been addressed to your satisfaction, we recommend you contact your authorized Audi dealer.

### Audi dealer assistance

Please discuss your question with the service personnel or management at your authorized Audi dealer. If necessary, ask the dealership owner or general manager for assistance. Your authorized Audi dealer is closest to the situation and is in the best position to quickly resolve any concerns you may have.

### Audi corporate assistance

In most cases, a satisfactory solution can be reached through your authorized Audi dealer. However, if your concern has still not been addressed to your satisfaction, please contact the Audi Customer Experience Center using our toll free number:

Tel.: **1 (800) 822-2834** (available Mon-Fri: 8 a.m. to 9 p.m. EST)

Audi A8 and Audi R8 owners, please contact the Audi Customer Experience Center at:

Tel.: **1 (866) 892-2834** (available 24 hours a day/7 days a week)

You may also write to us at:

**Audi of America, Inc.**
**Audi Customer Experience Center**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**

When you call or write, please provide the following information:

– Your name, address and telephone number
– Vehicle Identification Number (VIN)
– Vehicle delivery date and mileage
– Dealer's name and location
– Nature of concern or problem
– Copies of all repair orders (if you are writing to us)

An Audi Customer Experience Advocate, in conjunction with your authorized Audi dealer, will work with you to gather and carefully review all facts relating to your request for assistance. When the review is complete, the Customer Advocate will inform you of any assistance that Audi will be able to provide.

To further demonstrate our commitment to our customers' satisfaction, there may be an occasion when Audi may adjust its policy to pay for specific repairs that are no longer covered by warranty, or it may be necessary to communicate other important information to you. If that occurs, we will notify you by mail. Therefore, it is important that you send us the card in the middle of this booklet if you change your address or if you purchase your Audi from a previous owner.

In the event you believe your authorized Audi dealer or your Customer Advocate has been unable to satisfactorily address your concern, Audi offers additional assistance through BBB AUTO LINE. BBB AUTO LINE is a dispute resolution program administered by the Council of Better Business Bureaus. For information about BBB AUTO LINE and state-specific consumer protection laws, please see "Consumer Protection Information" in this booklet.

## The Audi 24-Hour Roadside Assistance Program

The Audi 24-Hour Roadside Assistance Program is your assurance that help will be there should your Audi become disabled due to a mechanical breakdown under normal[1] driving conditions or in the event of a collision.

Due to technical differences and unique towing requirements, Audi R8 and A8 vehicles have a separate toll-free number for Audi 24-Hour Roadside Assistance.

| Audi 24-Hour Roadside Assistance | Audi 24-Hour Roadside Assistance (Audi R8 and A8 only) |
|---|---|
| 1 (800) 411-9988 | 1 (866) 478-3456 |

Please have your Vehicle Identification Number (VIN) ready to provide to the dedicated Roadside Customer Service Professional. This number can be found on the driver's side of the dashboard visible through the windshield, on your vehicle registration/insurance papers, or in your Audi MMI system under function button **CAR**, if equipped. 24-Hour Roadside Assistance is available to you for the **first four years of your new vehicle ownership.**

The Audi 24-Hour Roadside Assistance Program includes the following emergency roadside services: Emergency towing (disablement or collision), battery jump start, flat tire change, emergency fuel service, lock-out service, and extrication/winch service.

Other services and benefits include trip interruption benefits throughout the United States and Puerto Rico.

Please refer to your Audi 24-Hour Roadside Assistance Guide for more specific details on the services provided by the Audi 24-Hour Roadside Assistance Program.

### In the event of a collision, the following suggestions may assist you

– Stop in a safe, well-lit area (no matter how minor the accident).
– Notify the local police. Ask for an ambulance if necessary.
– Have your driver's license, registration, and insurance information ready when the police arrive.
– Write down the names and numbers of any witnesses and information of anyone who may have been injured.
– If you have a camera, take pictures to document the vehicles in the scene. Consider carrying a disposable camera in the glove compartment for this purpose.

If necessary, contact Audi 24-Hour Roadside Assistance at 1 (800) 411-9988 to have your vehicle towed to your nearest Audi Authorized Collision Repair Facility. For Audi R8 and A8 vehicles only, contact Audi 24-Hour Roadside Assistance at 1 (866) 478-3456 to have your vehicle towed to the nearest Audi Authorized Aluminum Collision Repair Facility.

**For assistance in locating the nearest Audi Authorized Collision Repair Facility, please contact the Audi Customer Experience Center** (available Mon-Fri: 8 a.m. to 9 p.m. EST) at: **1 (800) 822-2834.**

**Audi R8 and Audi A8 owners: For assistance in locating the nearest Audi Authorized Aluminum Collision Repair Facility, please contact the Audi Customer Experience Center** (available 24 hours a day/7 days a week) at: **1 (866) 892-2834.**

---

[1] Coverage does not include service to any vehicle willfully driven into non-regularly traveled areas including but not limited to, open fields, construction sites, beaches, mud-filled driveways, vacant lots, or any other area that is inaccessible or hazardous for the Roadside Assistance Service Operator's vehicle to reach.

## Audi A8, A8L, and R8 body and space frame repairs

The aluminum design and construction of your Audi A8, A8L, or R8 demands that repairs to the body and space frame, which become necessary as a result of collision or other damage, be performed at an Audi approved Aluminum Collision Repair Facility that is authorized by Audi to perform these repairs.

If your Audi A8, A8L, or R8 has been in an accident and cannot be safely driven, and is within the New Vehicle Limited Warranty period, Audi will transport the vehicle free of charge to the nearest Audi approved Aluminum Collision Repair Facility; and once repaired, will return the vehicle to your Audi dealership. Ask your authorized Audi dealer for details.

While you may elect to take the vehicle to a non-approved Audi repair facility at your own expense, Audi will not accept liability for any damages or incorrect repairs, including corrosion, resulting from aluminum body and space frame repairs that are not performed in accordance with Audi-specified procedures.

## Audi TT/TTS Coupe, TT/TTS Roadster, and TT RS body repairs

The aluminum / steel design and construction of your Audi TT/TTS Coupe, TT/TTS Roadster and TT RS demands that repairs to the body and space frame, which become necessary as a result of collision or other damage, be performed at an Audi approved Aluminum Collision Repair Facility that is authorized by Audi to perform these repairs.

While you may elect to take the vehicle to a non-approved Audi repair facility at your own expense, Audi will not accept liability for any damages or incorrect repairs, including corrosion, resulting from steel / aluminum body and space frame repairs that are not performed in accordance with Audi-specified procedures.

## Warranty

# New Vehicle Limited Warranty

**Warranty period**

Any authorized Audi dealer in the United States, including its territories, will honor this warranty for a period of 4 years or 50,000 miles, whichever occurs first. For Audi R8 vehicles, the authorized Audi dealer must also have the designation Audi R8 Certified Point or Audi R8 Service Point. For Audi Q5 hybrid components repairs, the authorized Audi dealer must also have the designation Audi Q5 hybrid certified dealer. The warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a demonstrator or company car, on the date such vehicle is first placed in service.

You are required to use the BBB AUTO LINE procedure before pursuing any legal remedy under 15 U.S.C. 2310(d) with respect to the New Vehicle Limited Warranty. You may also be required to use the BBB AUTO LINE procedure before pursuing legal remedies under your state lemon law. Please refer to the Consumer Protection Information section of this booklet for more information.

**What is covered**

The warranty covers any repair or replacement to correct a defect in manufacturer's material and workmanship. Your authorized Audi dealer will repair the defective part or replace it with a new or remanufactured Audi Genuine Part free of charge.

The warranty covers the replacement of filters, oil, lubricants, fluids, and coolant only when the replacement is a necessary part of warranty service on a covered component.

### Items subject to normal wear

Items that are subject to deterioration due to normal wear, driving habits or conditions are covered for defects in manufacturer's material and workmanship for 12 months or 12,000 miles, whichever occurs first. These items include, but are not limited to, windshield wiper blades, filters, belts, paint finish, worn upholstery, and other trim and appearance items.

### Items subject to adjustment

The warranty covers service adjustments for the full warranty period with the exception of wheel alignment and tire balancing which are covered 12 months or 12,000 miles, whichever occurs first. A service adjustment is defined as an adjustment that is needed when an item on the vehicle comes from the factory improperly set to specification. Usually no parts are involved when making an adjustment.

### Warranty repair while traveling in Canada

Warranty repair while traveling in Canada should be performed free of charge by an authorized Audi dealer. Proof of U.S. residence is required. If the authorized Audi dealer is unable to submit a claim for repairs, you may be asked to pay for the repair. On your return to the United States, present the paid receipt(s), repair order(s), and part(s) removed from your vehicle to your authorized Audi dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### Emergency repairs

Emergency repairs performed by a non-Audi service facility will be reimbursed if the repair work was needed and correctly performed, and it was impossible or unreasonable under the circumstances to tow or drive your Audi to the nearest authorized Audi dealer. The maximum reimbursement allowable is an amount equal to the cost if your authorized Audi dealer had completed the repair(s). Reimbursement will be considered when the following items are submitted to your authorized Audi dealer:

– A statement explaining the circumstances that prevented you from getting to an authorized Audi dealer

▶

Warranty

– Paid receipt(s)

– Repair order(s)

– Part(s) removed from your Audi

### Audi R8 Emergency Repairs

Emergency repairs for the Audi R8 must be performed at an authorized Audi dealer with the designation Audi R8 Certified Point or Audi R8 Service Point. Contact Audi R8 Roadside Assistance to have the vehicle safely transported to the nearest Audi R8 Certified Point or Audi R8 Service Point. Please see "The Audi 24-Hour Roadside Assistance Program" section of this booklet for contact information.

### Audi Q5 hybrid Emergency Repairs

Emergency repairs for the Audi Q5 hybrid components must be performed at an Audi Q5 hybrid certified dealer. Contact Audi Roadside Assistance to have the vehicle safely transported to the nearest Audi Q5 hybrid certified dealer. Please see "The Audi 24-Hour Roadside Assistance Program"section of this booklet for contact information.

### What is not covered

#### Maintenance services

The warranty does not cover manufacturer required regularly scheduled maintenance services detailed in the Maintenance section of this booklet, or service parts, fluids, and labor for such services.

#### Tires

The tire manufacturer warrants tires. To assist you in obtaining warranty information for tires, a list of manufacturers is provided in this booklet.

### Parts which are not Audi Genuine Parts

While you may elect not to use Audi Genuine Parts for repair or maintenance services, Audi is not obligated to pay for repairs that do not include Audi Genuine Parts, or for any damage resulting from the use of non-genuine parts. Audi will not accept any liability for any parts and accessories not approved by Audi.

### Other exclusions – New Vehicle Limited Warranty

– Damage or malfunction caused by improper repair, accident, collision, or vandalism.

– Damage or malfunction caused by failure to operate the vehicle in accordance with the Owner's Manual, including failure to heed warning lights or gauges that indicate vehicle malfunction.

– Damage or malfunction caused by failure to maintain the vehicle in accordance with the Maintenance section of this booklet, unless documents in the form of service or repair orders are submitted as proof that all scheduled maintenance was performed in a timely manner.[1].

– Damage due to failure to take the vehicle to an authorized dealer upon discovery of a defect in manufacturer's material or workmanship. **Audi R8 only:** Damage due to failure to take the vehicle to an authorized dealer with the designation Audi R8 Certified Point or Audi R8 Service Point upon discovery of a defect in manufacturer's material or workmanship. **Audi Q5 hybrid only:** Damage due to failure to take the vehicle to an Audi Q5 hybrid certified dealer upon discovery of a defect in manufacturer's material or workmanship.

– Damage or malfunction caused by alterations to the original engineering such as suspension or performance modification.    ▶

---

[1]  If maintenance services are performed by someone other than an authorized Audi dealer, information on the service or repair order document must include, at a minimum, the Vehicle Identification Number (VIN), service center or retailer name and address, vehicle mileage, date of service or purchase, and list of service or purchase items.

– Damage or malfunction caused by misuse such as racing, competitive events, or driving over curbs.

– Damage or malfunction caused by using contaminated or improper fuel, operation fluids, or other chemicals, and intentional or unintentional misfueling.

– Damage or malfunction caused by the environment such as road salt, bird droppings, acid rain, fire, or weather conditions.

– Incidental or consequential damage such as loss of value of the vehicle, lost profits or earnings, and out of pocket expenses for substitute transportation or lodging. Some states may not allow the exclusion or limitation of incidental or consequential damage, so this limitation or exclusion may not apply to you.

– Appearance care and maintenance such as cleaning and polishing.

– Noise, vibration, cosmetic conditions, and other deterioration caused by normal wear.

– This warranty does not cover the replacement of any Hybrid System components that wear as a result of normal wear or deterioration, driving habits, or driving conditions.

– Commercial Use (Q5 hybrid only)- this limited warranty does not apply to vehicles used for commercial purposes including but not limited to taxi, courier or delivery service, or limousine. If a commercial vehicle is sold to a subsequent retails owner, this warranty still does not apply.

**This warranty is void if the vehicle identification number or odometer has been altered, or the actual mileage cannot be determined, and when a vehicle is reported as dismantled, fire/flood damaged, junk, rebuilt, reconstructed, salvaged, or declared a total loss by an insurer.**

### General warranty terms – New Vehicle Limited Warranty

Audi of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Audi") issues this warranty. It only applies to vehicles or parts and accessories that are imported or distributed by Audi, and vehicles originally sold by an authorized Audi dealer in the United States, including its territories. This warranty is only applicable in the United States and its territories. An authorized Audi dealer in any other country has no obligation to provide warranty service to your vehicle. If you are using your vehicle outside the United States and its territories, and experience a problem with your vehicle, we recommend that you contact the local Audi dealer. You should always have the original United States Warranty and Maintenance Booklet, complete with the appropriate stamped maintenance services, available for the local Audi dealer.

The New Vehicle Limited Warranty and Limited Warranty Against Corrosion Perforation are transferred, without cost, if ownership of the vehicle changes within the warranty period.

The New Vehicle Limited Warranty, Limited Warranty Against Corrosion Perforation, and the Emissions Warranties are the only express warranties made in connection with the sale of this Audi. Any implied warranty, including any warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the stated period of these written warranties.

Some states do not allow limitations on how long an implied warranty lasts, so the above limitations may not apply to you. This warranty gives you specific legal rights and you may also have other rights, which vary from state to state.

Neither Audi nor the manufacturer assumes, or authorizes any person to assume, any other obligation or liability on its behalf.

Audi reserves the right to make improvements or change the design of any model Audi vehicle at any time with no obligation to make similar changes on vehicles already sold.

All warranty information is the latest available at the time of publication and, with the exception of the emission control warranties, is subject to change without notice.

# Limited Warranty Against Corrosion Perforation

## Warranty period

Any authorized Audi dealer in the United States, including its territories, will honor this warranty for a period of 12 years without mileage limitation. For Audi R8 vehicles, the authorized Audi dealer must also have the designation Audi R8 Certified Point or Audi R8 Service Point. For Audi Q5 hybrid component repairs, the authorized Audi dealer must also have the designation Audi Q5 hybrid certified dealer. The warranty period begins on the date the vehicle is delivered to either the orig-inal purchaser or the original lessee; or if the vehicle is first placed in service as a demon-strator or company car, on the date such vehi-cle is first placed in service.

## What is covered

The warranty covers any repair or replacement to correct a defect in manufacturer's material and workmanship that will result in rust per-foration of the vehicle body. Your Audi dealer will repair the defective part or replace it with a new or remanufactured Audi Genuine Part free of charge.

## What is not covered

**Failure to rustproof when collision damage is repaired**

Body parts repaired or newly installed after a collision must be treated with a rustproofing agent that is compatible with and comparable to Audi's own factory corrosion protection. Corrosion perforation resulting from failure to protect new or repaired parts as stated, or us-ing an inferior rustproofing agent or method is not covered by this warranty.

**Parts which are not Audi Genuine Parts**

While you may elect not to use Audi Genuine Parts for maintenance or repair services, Audi is not obligated to pay for repairs that do not include Audi Genuine Parts or for any damage resulting from the use of non-genuine parts. Audi will not accept any liability for any parts and accessories not approved by Audi.

**Paint repair**

Your authorized Audi dealer will do its best to match your vehicle's original finish. The cost of painting the entire vehicle solely for paint matching is not covered by this warranty.

**Other exclusions – Limited Warranty Against Corrosion Perforation**

— Surface corrosion without perforation of the body sheet metal
— Corrosion perforation resulting from failure to promptly repair paint or undercoating damage, or surface corrosion
— Corrosion perforation resulting from unre-paired collision or accident damage, fail-ure to perform body repairs in accordance with Audi's specified repair procedures, in-cluding use of non-aluminum alloy parts

**This warranty is void if the vehicle identifica-tion number or odometer has been altered, or the actual mileage cannot be determined, and when a vehicle is reported as disman-tled, fire/flood damaged, junk, rebuilt, re-constructed, salvaged, or declared a total loss by an insurer.**

**Other exclusions as defined in the New Vehi-cle Limited Warranty also apply to this war-ranty.**

## General warranty terms

General warranty terms as defined in the New Vehicle Limited Warranty also apply to this warranty.

# Federal and California Emissions Warranties

## General warranty information

The Emissions Warranties set out on the fol-lowing pages are warranties which the manu-facturer is required by law to furnish to you at ▶

the time you take delivery of your new vehicle. These coverages may also be included in the Audi 4 years / 50,000 miles New Vehicle Limited Warranty.

The warranties required by Federal laws apply to all new Audi vehicles imported and distributed by Audi of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Audi") for sale in the United States, including its territories. The warranties required by the State of California law apply to all new Audi vehicles imported and distributed by Audi for sale and registration in the States of California, Connecticut, Maine, Maryland, New Jersey, Oregon, Rhode Island, Vermont, Washington, and the Commonwealths of Massachusetts and Pennsylvania. Therefore, the owner of an above mentioned vehicle may have warranty rights under both Federal and State mandated emissions warranties.

The State of New York has adopted emissions warranty requirements identical to California mandated emissions warranties ONLY for vehicles equipped to meet **California's Partial Zero Emission Vehicle (PZEV)** requirements, as identified on the Vehicle Emission Control Information Label located under the hood. Therefore, the owner of an Audi equipped to meet California's PZEV emissions requirements and imported and distributed by Audi for sale and registration in New York may have warranty rights under both Federal and State mandated emissions warranties.

Please read these warranties carefully. If you have any questions concerning the applicability of each warranty to your vehicle or want to know whether a particular repair will be performed free of charge pursuant to these warranties, please write to or telephone:

**Audi of America, Inc.**
**Audi Customer Experience Center**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**

Tel.: **1 (800) 822-2834** (available Mon-Fri: 8 a.m. to 9 p.m EST)
Tel.: **1 (866) 892-2834** (For A8 and R8 owners. Available 24 hours a day/7 days a week)

**Refer to the California Emissions Warranty Supplement for additional information on California emissions warranty coverage.**

### Federal Emissions Control System Defect Warranty

**For 2 Years or 24,000 miles**

Audi of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Audi"), the authorized United States importer of Audi vehicles, warrants to the original retail purchaser or original lessee and any subsequent purchaser or lessee that every **model year 2013** Audi vehicle imported by Audi:

– was designed, built and equipped so as to conform at the time of sale with all applicable regulations of the United States Environmental Protection Agency (EPA), and
– is free from defects in material and workmanship which causes the vehicle to fail to conform with EPA regulations for 2 years after the date of first use or delivery of the vehicle to the original retail purchaser or original lessee or until the vehicle has been driven 24,000 miles, whichever occurs first.

A warranted part is any part installed on a motor vehicle or motor vehicle engine by the vehicle or engine manufacturer, or installed in a warranty repair, which affects any regulated emission from a motor vehicle or engine which is subject to EPA emission standards. The following parts or systems listed, if defective, could cause the vehicle to fail to conform with EPA regulations:

▶

## Warranty

– Evaporative Emission Control System: including fuel tank, filler cap, filler neck and leak detection pump
– Exhaust System: including manifolds, turbochargers, catalytic converters, down pipes and particulate filters
– EGR System: including valves, pipes and coolers
– Fuel Injection System: including control modules, sensors, switches, valves and fuel lines
– Intake System: including camshaft adjuster units, sensors, manifold, pipes and control valves
– Ignition System: including coils and sensors
– OBD System: including Malfunction Indicator Lamp (MIL) and Data Link Connector
– PCV System: including control valves and pipes
– Secondary Air Injection System: including air pump and control valves
– Emission-related hoses, gaskets, clamps and other accessories used with the above components

The obligation of Audi under this warranty is limited, however, to the following: If within this period a defect in material or workmanship causes the vehicle to fail to conform with EPA regulations and the vehicle is brought to the workshop of any authorized Audi dealer in the United States, including its territories, the dealer will make repairs as may be required by these regulations free of charge. For Audi R8 vehicles, the authorized Audi dealer must also have the designation Audi R8 Certified Point or Audi R8 Service Point. For Audi Q5 hybrid components, the authorized Audi Dealer must be an Audi Q5 hybrid certified dealer.

### For 8 Years or 80,000 miles

If the vehicle has been in use for more than 2 years or 24,000 miles, but less than 8 years or 80,000 miles, whichever occurs first, your authorized Audi dealer will repair or replace free of charge the following major emission control components only:

– Catalytic Converter/Diesel Particulate Filter

– Engine Electronic Control Module
– On-Board Diagnostic Device

For Audi R8 vehicles, the authorized Audi dealer must also have the designation Audi R8 Certified Point or Audi R8 Service Point.

For Audi Q5 hybrid components, the authorized Audi dealer must be an Audi Q5 hybrid certified dealer.

**Federal Emissions Performance Warranty: For 2 years or 24,000 miles and 8 years or 80,000 miles**

Audi of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Audi") warrants to the original retail purchaser or original lessee of a **model year 2013** Audi vehicle and any subsequent purchaser or lessee of the vehicle that if the following conditions are met, any authorized Audi dealer (for Audi R8 vehicles, the authorized Audi dealer must also have the designation Audi R8 Certified Point or Audi R8 Service Point and for Audi Q5 hybrid component repairs, the authorized Audi dealer must be an Audi Q5 hybrid certified dealer) in the United States, including its territories, will remedy any nonconformity, as determined below, free of charge, under the following conditions:

– The vehicle fails to conform at any time during 2 years or 24,000 miles, whichever occurs first, to applicable emission inspection standards as determined by an EPA Approved State Inspection and Maintenance Test (I/M), or
– If the vehicle has been in use for more than 2 years or 24,000 miles, but less than 8 years or 80,000 miles, whichever occurs first, the vehicle fails an I/M Test resulting from a malfunction of a catalytic converter, engine electronic control module or on-board diagnostic device (OBD), and
– The failure of the I/M Test requires the vehicle owner to bear any penalty or other sanction, including the denial of the right to use the vehicle under local, state or Federal law, and

– The vehicle has been maintained and operated in accordance with Audi's instructions for proper maintenance and use.

## Performance Warranty claim approval

You may raise a claim under this warranty immediately after your vehicle has failed an I/M Test if, as a result of that failure, you are required by law to repair the vehicle to avoid imposition of a penalty or cancellation of your right to use the vehicle. You need not actually suffer the loss or lose the right to use your vehicle or pay for the repair before presenting your claim.

Claims may be presented only by bringing your vehicle to any authorized Audi dealer in the United States, including its territories. For Audi R8 vehicles, the authorized Audi dealer must also have the designation Audi R8 Certified Point or Audi R8 Service Point. For Audi Q5 hybrid vehicle components, the dealer must be an Audi Q5 hybrid certified dealer. The dealer will honor your claim or deny your claim within a reasonable time, not to exceed thirty (30) days, from the time at which your vehicle is presented for repair or within any time period specified by local, state or Federal law, whichever is shorter, except when a delay is caused by events not attributable to Audi or the dealer. If the dealer denies your claim, you will be notified in writing of the reasons for rejecting the claim. If you do not receive notice of denial of your claim within the above time period, Audi is required by law to honor the claim.

Under certain circumstances, your claim may be denied because you have failed to comply with instructions for scheduled maintenance contained in the Maintenance section of this booklet. In determining whether you have complied with the instructions for scheduled maintenance and proper use, Audi may require you to furnish proof of compliance only with those maintenance instructions which Audi has reason to believe were not performed and which could be the cause of the I/M Test failure.

Audi may deny an emission performance warranty claim on the basis that a replacement part not certified by the EPA was used in the maintenance or repair of the vehicle if Audi can prove that the non-certified part is either defective in materials or workmanship, or not equivalent from an emission standpoint to the original part, and you are not able to offer information that the part is either not defective or equivalent to the original part with respect to its emission performance.

Audi will not deny a claim relating to:

– Warranty work or pre-delivery service performed by an authorized Audi dealer
– Work performed in an emergency to rectify an unsafe condition attributable to Audi, provided you have taken steps in a timely manner to put the vehicle back into a conforming condition
– The use of an uncertified part or to noncompliance with the instructions for proper maintenance and use, which is not related to the I/M Test failure

## Additional Information About Your Federal Emissions Warranties

**Warranty period**

The warranty period begins on the date the vehicle is delivered to the original retail purchaser or original lessee, and any subsequent purchaser or lessee or, if the vehicle is first placed in service as a demonstrator or company demonstrator or company car prior to delivery, on the date it is first placed in service.

**Proper maintenance and use**

Instructions for proper maintenance are contained in the Maintenance section of this booklet. Time and mileage intervals, at which maintenance is to be performed, may vary from model to model.

Audi recommends you keep a record of scheduled maintenance by having the Maintenance section of this booklet validated at the approximate time or mileage intervals by the authorized Audi dealer or other service facility    ▶

Warranty

that performed the maintenance. If you perform the maintenance yourself, keep all documentation as proof you have performed the maintenance at the approximate time or mileage intervals recommended, that you have used proper parts, and that you were able to perform the maintenance properly.

Failure to maintain your vehicle according to the instruction for proper maintenance may cause the vehicle to exceed applicable emissions standards and could result in denial of warranty coverage. However, Audi will not deny a warranty claim solely on the basis of your failure to maintain the vehicle according to the instructions or failure to keep a record of maintenance.

Instructions for proper use of the vehicle are contained in your Audi Owner's Manual.

**Use of Audi Genuine Parts**

Audi recommends that Audi Genuine Parts be used as replacement parts for the maintenance, repair or replacement of emission control systems. Use of replacement parts which are not equivalent to Audi Genuine Parts in emission performance and durability may impair the effectiveness of emission control systems. Although use of parts other than Audi Genuine Parts does not invalidate these warranties, Audi assumes no liability under these warranties for failure of such parts and damage to other parts caused by such failure.

**EPA certified replacement parts**

Maintenance, repair, or replacement of emission control devices and systems may be performed by any automotive service and repair establishment or qualified individual using Environmental Protection Agency (EPA) certified replacement parts.

**Maintenance and repairs performed by independent service shops**

Without invalidating these warranties, you may choose to have maintenance, repair, or replacement of emission control components performed by any automotive service establishment or individual qualified to perform

such services. The cost of such services, however, is not covered by these warranties except in emergencies. If the independent service establishment finds a warrantable defect, you may deliver the vehicle to an authorized Audi dealer and have the defect corrected free of charge. **Audi R8 only:** you may deliver the vehicle to an authorized Audi dealer with the designation Audi R8 Certified Point or Audi R8 Service Point and have the defect corrected *free of charge.* **Audi Q5 hybrid only:** *you may deliver the vehicle to an Audi Q5 hybrid certified dealer and have the defect corrected free of charge.* **Audi will not be liable for any expenses that you have incurred at the independent service establishment, except for emergency repairs.** See "Emergency Repairs" for further details.

**Parts not scheduled for inspection or replacement**

Any part, which is not scheduled for inspection or replacement at maintenance intervals specified in the Maintenance section of this booklet, is covered by this warranty for the full warranty period.

**Scheduled part inspection or replacement**

A part scheduled only for inspection in accordance with Audi's instructions or required scheduled maintenance is covered for the duration of these warranties.

A part installed in accordance with Audi's instructions or required scheduled maintenance *is warranted until the next scheduled replacement interval or for the duration of these warranties.*

**Damage to non-warranty parts**

If failure of a warranted part causes damage to a part not covered by warranty, the non-warranted part will also be replaced free of charge.

**Emergency repairs**

Emergency repairs performed by a non-Audi service facility will be reimbursed if the repair work was needed and correctly performed,  ▶

and it was impossible or unreasonable under the circumstances to tow or drive your Audi to the nearest authorized Audi dealer. The maximum reimbursement allowable is an amount equal to the cost if your authorized Audi dealer had completed the repair(s). Reimbursement will be considered when you submit all of the following items to your authorized Audi dealer:

– A statement explaining the circumstances that prevented you from getting to an authorized Audi dealer
– Paid receipt(s)
– Repair order(s)
– Part(s) removed from your Audi

### Audi R8 Emergency Repairs

Emergency repairs for the Audi R8 must be performed at an authorized Audi dealer with the designation Audi R8 Certified Point or Audi R8 Service Point. Contact Audi R8 Roadside Assistance to have the vehicle safely transported to the nearest Audi R8 Certified Point or Audi R8 Service Point. Please see "The Audi 24-Hour Roadside Assistance Program" section of this booklet for contact information.

### Audi Q5 hybrid Emergency Repairs

Emergency repairs for the Audi Q5 hybrid components must be performed at an Audi Q5 hybrid certified dealer. Contact Audi Roadside Assistance to have the vehicle safely transported to the nearest Audi Q5 hybrid certified dealer. Please see "The Audi 24-Hour Roadside Assistance Program" section for contact information.

### Damage caused by tampering, use of improper fuel, abuse, neglect and improper maintenance

These warranties do not cover any damage to the vehicle caused by tampering with emission controls, use of fuel containing lead, or fuel not meeting the specifications set forth in the Owner's Manual, and abuse, neglect or improper maintenance of the vehicle. Diagno-

sis and repair of such damage are at the expense of the owner.

### Implied warranties

**Any implied warranty, including any warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the stated period of these written warranties.**

### Incidental and consequential damages

**These warranties do not cover any incidental or consequential damages, including loss of resale value, lost profits or earnings, and out-of-pocket expenses for substitute transportation or lodging.**

Some states do not allow the exclusion or limitation of incidental or consequential damages, so this limitation or exclusion may not apply to you.

 **Tips**

**In the event you have not received the services promised in these warranties, please follow the procedures described in this booklet under the title "Customer satisfaction and assistance".**
– You may obtain further information regarding the Emissions Performance Warranty or report violation of the terms of the Emissions Defect or Performance Warranty by contacting: US Environmental Protection Agency, Compliance and Innovation Strategy Division, Attention: Emissions Warranty Claims, 2000 Traverwood Rd., Ann Arbor, MI 48105.

## Kansas Safety Belt Limited Warranty

**Applicable only to vehicles sold or registered in the State of Kansas.**

For vehicles sold or registered in the State of Kansas, safety belts and related safety belt components are warranted against defects in manufacturer's materials and workmanship ▶

Warranty

for a period of ten (10) years, regardless of mileage.

**Exclusions as defined in the New Vehicle Limited Warranty also apply to this warranty.**

## Consumer Protection Information

### Informal dispute mechanism

If your authorized Audi dealer or Audi Customer Advocate has been unable to satisfactorily address your concern, Audi offers additional assistance through BBB AUTO LINE, a dispute resolution program administered by the Council of Better Business Bureaus.

BBB AUTO LINE is free of charge to you but there are some vehicle age and mileage limitations, so please call BBB AUTO LINE for more details:

Tel.: **1 (800) 955-5100**

If you call BBB AUTO LINE, please be prepared to provide the following information:

– Your name and address
– The Vehicle Identification Number (VIN)
– The make, model, and model year of your vehicle
– The delivery date and current mileage of your vehicle
– A description of the concern with your vehicle

The BBB AUTO LINE program consists of two parts: mediation and arbitration. Mediation means that BBB staff will facilitate negotiations between the parties in an effort to bring your claim to a mutually acceptable resolution. If you do not agree with the mediated solution, you may request an arbitration hearing.

Arbitration is a process by which an impartial person makes a decision on your claim. The arbitrators are not connected with the automobile industry and serve on a voluntary basis. You may attend the hearing in person, bring

witnesses, and give supporting evidence. Instead of appearing in person, you may request a written or even a telephone arbitration hearing. The BBB shall make every effort to obtain a final resolution of your claim within 5 business days of the hearing (that is, within 40 days of when your claim was filed), unless state or Federal law provides otherwise. You then have the opportunity to accept or reject the decision.

– If you accept the decision, the manufacturer will be bound by the decision and will be required to fulfill its obligation within the timeframe specified by the arbitrator.
– If you reject the decision, you are free to pursue other legal remedies available under state or Federal law, and the manufacturer will not be required to comply with any part of the decision.

## State-Specific Warranty Enforcement Laws

### Local laws

Each state has enacted warranty enforcement laws (commonly referred to as "lemon laws") that permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. Although the provisions of these laws vary from state to state, their intent is to provide owners with certain rights if they experience significant service-related difficulties with their new vehicle.

**IMPORTANT NOTICE:** To the extent allowed by each state's law, Audi requires that the owner first send written notification to Audi explaining the nonconformity that the owner has experienced with the vehicle, and to allow Audi the opportunity to make any needed repairs before the owner pursues other remedies provided by that state's law (in all other states where not specifically required by state law, Audi requests that the owner provide the written notification). The owner should send written notification to:

▶

Audi of America, Inc.
**Audi Customer Experience Center**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**

**IMPORTANT NOTICE:** Depending on the state's law, the owner may also be required to submit their complaint to BBB AUTO LINE before seeking other remedies. Please refer to the information under the title "Informal dispute mechanism" in this booklet for more information about the BBB AUTO LINE dispute resolution program.

Because each state has enacted specific provisions as part of its lemon law, owners are advised to research and follow the laws in their state.

### NOTICE TO CALIFORNIA PURCHASERS

Audi participates in BBB AUTO LINE, a mediation/arbitration program administered by the Council of Better Business Bureaus (3033 Wilson Boulevard, Suite 600, Arlington, Virginia 22201). BBB AUTO LINE and Audi have been certified by the Arbitration Certification Program of the California Department of Consumer Affairs.

If you have a problem arising under an Audi written warranty, we request that you bring it to our attention. If we are unable to resolve it, you may file a claim with BBB AUTO LINE. Claims must be filed with BBB AUTO LINE within six (6) months after the expiration of the warranty.

To file a claim with BBB AUTO LINE, call:

Tel.: **1 (800) 955-5100**

There is no charge for the call.

In order to file a claim with BBB AUTO LINE, you will have to provide your name and address, the brand name and vehicle identification number (VIN) of your vehicle, and a statement of the nature of your problem or complaint. You will also be asked to provide: the approximate date of your acquisition of the vehicle, the vehicle's current mileage, the approximate date and mileage at the time any problem(s) were first brought to the attention of Audi or one of our dealers, and a statement of the relief you are seeking.

BBB AUTO LINE staff may try to help resolve your dispute through mediation. If mediation is not successful, or if you do not wish to participate in mediation, claims within the program's jurisdiction may be presented to an arbitrator at an informal hearing. The arbitrator's decision should ordinarily be issued within 40 days from the time your complaint is filed; there may be a delay of 7 days if you did not first contact Audi about your problem, or a delay of up to 30 days if the arbitrator requests an inspection/report by an impartial technical expert or further investigation and report by BBB AUTO LINE.

You are required to use BBB AUTO LINE before asserting in court any rights or remedies conferred by California Civil Code Section 1793.22. You are not required to use BBB AUTO LINE before pursuing rights and remedies under any other state or Federal law.

California Civil Code Section 1793.2(d) requires that, if Audi or its representative is unable to repair a new motor vehicle to conform to the vehicle's applicable express warranty after a reasonable number of attempts, Audi may be required to replace or repurchase the vehicle. California Civil Code Section 1793.22(b) creates a presumption that Audi has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

– The same nonconformity (a failure to conform to the written warranty that substantially impairs the use, value, or safety of the vehicle) results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by Audi or its agents AND the buyer or lessee ▶

Warranty

has directly notified Audi of the need for the repair of the nonconformity; OR

– The same nonconformity has been subject to repair 4 or more times by Audi or its agents AND the buyer has notified Audi of the need for the repair of the nonconformity ; OR

– The vehicle is out of service by reason of the repair of nonconformities by Audi or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO AUDI AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

**Audi of America, Inc.**
**Audi Customer Experience Center**
**3800 Hamlin Road**
**Auburn Hills, MI 48326**

The following remedies may be sought in BBB AUTO LINE: repairs, reimbursement for money paid to repair a vehicle or other expenses incurred as a result of a vehicle nonconformity, repurchase or replacement of your vehicle, and compensation for damages and remedies available under Audi's written warranty or applicable law.

The following remedies may not be sought in BBB AUTO LINE: punitive or multiple damages, attorney fees, or consequential damages other than as provided in California Civil Code Section 1794(a) and (b).

You may reject the decision issued by a BBB AUTO LINE arbitrator. If you reject the decision, you will be free to pursue further legal action. The arbitrator's decision and any findings will be admissible in a court action.

If you accept the arbitrator's decision, Audi will be bound by the decision, and will comply with the decision within a reasonable time not to exceed 30 days after we receive notice of your acceptance of the decision.

Please call BBB AUTO LINE for further details about the program.

## Service Publications

**Updated service information you can obtain**

Audi monitors product performance in the field and regularly sends dealers the latest service information about Audi vehicles. Now you too, can get these bulletins. Your authorized Audi dealer or a qualified technician may have to determine if a specific bulletin applies to your vehicle. You can order Audi bulletins, Audi repair information, and Owner's Literature 24 hours / 7 days a week on the Internet from the Audi Technical Literature Ordering Center at:

https://www.audi.techliterature.com

⚠️ **WARNING**

These bulletins are intended for qualified technicians. They are not meant for the CASUAL do-it-yourselfer. Qualified technicians have the equipment, tools, safety instructions, and know-how to do a job properly and safely. Improperly performed repairs or maintenance can adversely affect the safety of your vehicle, possibly leading to accident or injury. They may also impair the economy, durability or reliability of your vehicle and may void the warranty of your car. If you are not sure that you can perform a job properly and safely, you should not risk trying to do so.

## Tire Manufacturers

**List of tire manufacturers for new Audi vehicles**

The Magnuson-Moss Warranty Federal Trade Commission Improvement Act of 1975 and regulations issued pursuant to the act require that a tire warranty pamphlet be placed in every new vehicle prior to sale.

To assist you in obtaining the related warranty information, the following list of tire manufacturers and addresses is being provided.  ▶

**Manufacturer Addresses and Phone Numbers**

**Dunlop Tire Corp.**
1144 East Market Street
Akron, OH 44316
Tel.: 1 (800) 548–4714

**Bridgestone/Firestone Inc.**
1 Bridgestone Park
Nashville, TN 37214
Tel.: 1 (800) 356-4644

**Goodyear Tire & Rubber Co.**
1144 East Market Street
Akron, OH 44316
Tel.: 1 (800) 321-2136

**Continental General**
1800 Continental Blvd.
Charlotte, NC 28273 .
Tel.: 1 (800) 847–3349

**Michelin Tire Corp.**
P.O. Box 19001
Greenville, SC 29602-9001
Tel.: 1 (800) 847-3435

**Pirelli Tires North America**
300 George Street, 5th Floor
New Haven, CT 06511
Tel.: 1 (800) 747-3554

**Toyo Tire U.S.A. Corp**
3261 Katella Ave., Suite 2B
Cypress, CA 90630
Tel.: 1 (800) 442-8696

**Yokohama Tire Corporation**
601 South Acacia Avenue
Fullerton, CA 92831
Tel.: 1 (800) 722-9888

Maintenance

## Maintenance

### Where do I bring my vehicle for service?

**Authorized Audi dealers**

Audi recommends you take your vehicle only to authorized Audi dealers to ensure that vehicle repairs are performed to the highest specifications. Your authorized Audi dealer has the proper tools and equipment, the staff of trained specialists, and access to the extensive range of parts necessary to properly maintain your vehicle's safety, reliability, and value for years to come.

**Audi R8 Service and Repairs**

Due to the specialized tools, equipment, and technical training necessary to perform service and repairs on the Audi R8, Audi recommends that all maintenance service and repair work is performed at an authorized Audi dealer with the designation Audi R8 Certified Point or Audi R8 Service Point. Audi will not accept any liability for maintenance service, repair, or any damage resulting from maintenance service or repair performed at a facility that is not an authorized Audi dealer with the designation Audi R8 Certified Point or Audi R8 Service Point.

**Audi Q5 hybrid component repairs**

To ensure that all Audi Q5 hybrid component repairs and services are performed properly, all repair and service work on the hybrid components must be performed at an Audi Q5 hybrid certified dealer. To locate an Audi Q5 hybrid certified dealer near you, please refer to http://www.audiusa.com, or contact the Audi Customer Experience Center at: **1 (800) 822-2834**. Due to the specialized tools, equipment, and technical training necessary to perform services and repairs, your Audi warranties do not cover service, repair, or any damage resulting from services or repairs performed at a facility that is not an Audi Q5 hybrid certified dealer.

## When do I bring my vehicle in for service?

**Service intervals**

If you are not sure when you should bring your Audi in for service or which services are to be performed on your vehicle, ask your authorized Audi Service Advisor.

| Service intervals in miles (kilometers) | |
| --- | --- |
| 5,000 miles (8,000 km)a) | Standard Maintenance Service with tire rotation |
| 15,000 miles (25,000 km)b) | Major Maintenance Service with additional items |
| 25,000 miles (40,000 km) | Standard Maintenance Service |
| 35,000 miles (55,000 km) | Major Maintenance Service with additional items |
| 45,000 miles (70,000 km) | Standard Maintenance Service |

| Service intervals in miles (kilometers) | |
| --- | --- |
| 5,000 miles 85,000 km) | Major Maintenance Service with additional items |
| 65,000 miles (100,000 km) | Standard Maintenance Service |
| 5,000 miles 115,000 km) | Major Maintenance Service with additional items |
| 85,000 miles (130,000 km) | Standard Maintenance Service |
| 95,000 miles (145,000 km) | Major Maintenance Service with additional items |
| 105,000 miles (160,000 km) | Standard Maintenance Service |
| 110,000 miles 175,000 km) | Timing Belt Replacement (Audi TTS only) |

| Service intervals in miles (kilometers) | |
|---|---|
| 115,000 miles (175,000 km) | Major Maintenance Service with additional items |
| 125,000 miles (190,000 km) | Standard Maintenance Service with additional item |
| 130,000 miles (205,000 km) | Timing Belt Replacement (Audi A3 2.0L TDI only) |
| 135,000 miles (205,000 km) | Major Maintenance Service with additional items |
| 145,000 miles (220,000 km) | Standard Maintenance Service |
| 155,000 miles (235,000 km) | Major Maintenance Service with additional items |

a) First standard maintenance service at 5,000 miles (8,000 km) or 1 year after delivery, whichever occurs first. Standard maintenance services thereafter occur at intervals of 10,000 miles (15,000 km) or 1 year after the last standard maintenance service, whichever occurs first.

b) First major maintenance service at 15,000 miles (25,000 km) or 2 years after delivery, whichever occurs first. Major maintenance services thereafter occur at intervals of 20,000 miles (30,000 km) or 2 years after the last major maintenance service, whichever occurs first.

The intervals shown in this table are based on vehicles operating under normal conditions. In case of severe conditions, such as extremely low temperatures, excessive dust, etc., it is necessary for certain operations to be carried out in between the given intervals. This applies particularly to engine oil changes and the cleaning or replacing of the air cleaner filter element.

**Time-sensitive maintenance items**

| Service interval by time (and mileage where applicable) | Maintenance item |
|---|---|
| Every 2 years regardless of mileage (kilometers) | Replace brake fluid (all vehicles) |
| Every 2 years regardless of mileage (kilometers) | Check cloth top function and roll-over protection with cloth top down (Audi A5 Cabriolet, Audi S5 Cabriolet, R8 Sypder only ) |
| Every 2 years regardless of mileage (kilometers) | Crash active headrest: Check function (Audi A8 only) |
| Every 4 years regardless of mileage (kilometers) | AdBlue Fluid - Replace only if AdBlue has not been filled within the last 4 years (Audi Q7 3.0l TDI and A8 3.0L TDI only) |

▶

Maintenance

 **For the sake of the environmen**

By regularly maintaining your vehicle, you help make sure that emission standards are maintained, thus minimizing adverse effects on the environment.

# Maintenance service schedule

## Standard Maintenance Service

**First at 5,000 miles (8,000 km) or 1 year after delivery, whichever occurs first. Thereafter every 10,000 miles (15,000 km) or one year, whichever occurs first.**

– Engine oil / Oil filter - Change oil and replace filter.
– Service reminder indicator display - Reset display.
– Brake system - Check for damage and leaks, thickness of pads, and brake fluid level.
– Wiper blades - Check condition and replace if necessary.
– Windshield washer and headlight washing system - Add fluid if necessary. Check adjustment and function.
– Tires and spare wheel - Check for wear and damage. Check tire pressure. Reset Tire Pressure Monitoring System (TPMS).
– AdBlue fluid - Fill completely with fresh fluid (24 liters) and adapt learned values for AdBlue tank under guided fault finding after filling fluid (Audi Q7 3.0L TDI, A8 3.0L TDI only).
– Onboard diagnosis - Check the engine fault memory (flex fuel vehicles only).

**Additional item at 5,000 miles (8,000 km) or 1 year after delivery, whichever occurs first.**

– Rotate tires. Reset TPMS.

## Major Maintenance Service

**First at 15,000 miles (25,000 km) or two years, whichever occurs first. Thereafter every 20,000 miles (30,000 km) or two years, whichever occurs first.**

– Battery - Check for clean terminals (no corrosion), properly mounted housing and no damage; replace if necessary. Also, check the acid level of battery only if the level can be seen through the housing and fill if necessary (except Audi Q5 hybrid).
– Small (12 volt) side battery located in the trunk compartment on left side - check for clean terminals (no corrosion), properly mounted housing and no damage; replace if necessary (Audi Q5 hybrid only).
– Cooling system - Check coolant level and add coolant if necessary.
– Engine compartment - Check for leaks.
– Exhaust system - Check for damage and leaks.
– Underbody - Check for damage and leaks.
– Automatic transmission and final drive - Check for leaks.
– Manual transmission and final drive - Check for leaks.
– Drive shafts - Check boots.
– Front and rear axle - Check for excessive play. Check dust seals on ball joints and tie rod ends.
– Horn - Check function.
– Dust and pollen filter - Replace filter.
– Snow screen for air cleaner - Clean (Audi A4, S4, allroad, A5, A5 Cabriolet, S5, S5 Cabriolet, Q5, Q5 hybrid only).
– Ribbed V-belt and tensioner - Check condition and replace if necessary (Audi R8 Coupe, R8 Spyder only).
– Plenum Panel - Remove cover for plenum panel to check water drain and clean if necessary.
– Front lighting - Check function of parking lights, low beams, high beams, fog lights, blinkers & hazard lights.
– Rear lighting - Check function of brake lights (including third brake light), tail lights,

▶

– back-up lights, rear fog lights, license plate lights, blinkers & hazard lights.
– Door hinges and straps - Lubricate (Audi Q7, A3, TT, TTS, R8 Coupe, R8 Spyder only).
– Hood lid hinges - Lubricate (R8 Coupe, R8 Spyder, TT, TTS, TT RS).
– All sunroof systems- Clean guide rails and lubricate with grease.
– Front latch for Cabriolet roof-lubricate (A5 Cabriolet and S5 Cabriolet)
– Spherical head couplings for tailgate gas springs: Retighten with 21 Nm (A3 only).
– Tire repair set - Check renewal date (where applicable).
– Road test - Check braking, kick-down, steering, electrical, heating and ventilation systems, air conditioning, (ASL) Automatic Shift Lock, power accessories and reset driver information display.

### Additional Maintenance Items

**Perform at 15,000 miles (25,000 km) and thereafter every 20,000 miles (30,000 km).**

– Fuel filter - Replace (Audi A3 2.0L TDI, Audi Q7 3.0L TDI, A8 3.0L TDI only).
– DSG/S tronic - Change MTF oil for gearbox (RS 5 only).
– Air cleaner - Clean the housing and replace filter element (RS 5 only)

**Perform first at 35,000 miles (55,000 km) and thereafter every 40,000 miles (60,000 km).**

– Continuously variable transmission (multitronic™) - Change ATF.
– Tiptronic gear box - Change ATF (Audi Q5 hybrid only).
– DSG/S tronic - Change ATF oil and replace transmission filter element for clutch hydraulics (Audi A3, TT, TTS, S4, S5, S5 Cabriolet, RS 5, S6, S7, R8 Coupe, R8 Spyder only).

– Rear sport differential - Change ATF for clutch hydraulics and differential oil (RS 5 only).
– Air cleaner[1] - Clean housing and replace filter element only on the following vehicles: (S6, S7, A8 3.0L V6 TDI, A8 3.0L V6 TFSI , A8 4.0L V8 TFSI, TTS, TT RS).

**Perform first at 35,000 miles (55,000 km) or 4 years, whichever occurs first. Thereafter every 40,000 miles (60,000 km) or 4 years, whichever occurs first.**

– Haldex clutch - Change oil (Audi A3, TT, TTS, TT RS only).
– Power steering fluid - Check fluid level [only A8, Q7, Q5 (except Q5 hybrid)]
– Brake discs - Check thickness.
– Interior lights - Check all interior lights, glove box compartment illumination, control lights, and MMI (if applicable).
– Doors - Lubricate door hinges, straps, locks, and hood latch.

**Perform first at 35,000 miles (55,000 km) or 6 years, whichever occurs first. Thereafter, every 40,000 miles (60,000 km) or 6 years, whichever occurs first.**

– Spark plugs[2]- Replace only on the following vehicles: (A4 2.0L TFSI, A5 2.0L TFSI, A5 Cabriolet, allroad, A6 2.0L TFSI, Q5 2.0L TFSI, Q5 hybrid, TT, TTS, A8 W12 and all vehicles with 4.0L V8 TFSI engines).

**Perform first at 35,000 miles (55,000 km) or 6 years, whichever occurs first. Thereafter, every 30,000 miles (45,000 km) or 6 years, whichever occurs first.**

– Spark plugs - Replace (Audi TT RS and 2.0L TFSI Flex Fuel engines only).    ▶

---

[1] The S8 4.0L V8 TFSI engine is **not** included in this interval. It must be performed first at 55,000 miles (85,000 km) and thereafter every 60,000 miles (90,000 km).

[2] Excludes 2.0L TFSI Flex Fuel engines

3d Maintenance

**Perform first at 55,000 miles (85,000 km) and thereafter every 60,000 miles (90,000 km).**

– Air cleaner[1] - Clean the housing and replace the filter element (except on the following vehicles: S6, S7, A8 3.0L V6 TDI, A8 3.0L V6 TFSI, A8 4.0 L V8 TFSI, TTS, TT RS).

– Ribbed V-belt - Replace only the belt for the compressor drive (front belt) (all vehicles with the 3.0l V6 TFSI).

**Perform at 55,000 miles (85,000 km) or 6 years, whichever occurs first. Thereafter every 60,000 miles (90,000 km) or 6 years whichever occurs first.**

– Spark plugs - Replace (except on the following vehicles: A4 2.0L TFSI, A5 2.0L TFSI, A5 Cabriolet, allroad, A6 2.0L TFSI, Q5 2.0L TFSI, Q5 hybrid, TT, TTS, TT RS, A8 W12, vehicles with 2.0L TFSI Flex Fuel engines and all vehicles with 4.0L V8 TFSI engines).

**Perform at 75,000 miles (115,000 km) and thereafter every 80,000 miles (120,000 km).**

– Ribbed V-belt - Check condition and replace if necessary. Check tension of belt drive with a manual tensioner and retension if necessary (TT RS, 2.0l TFSI, V6 FSI, 3.0L V6 TFSI (rear most belt), 4.0L V8 TFSI, 4.2L V8 FSI, 5.2L V10 FSI engines only)

**Perform every 110,000 miles (175,000 km).**

– Timing belt - Replace. Check condition of timing belt tensioning system, dampening pulleys, and idler pulleys and replace if necessary (Audi TTS only).

**Perform after the first 125,000 miles (205,000 km) or 120,000 miles (195,000 km) after a Diesel Particulate Filter (DPF) replacement .**

– Diesel Particulate Filter (DPF) – Check ash loading according to manufacturer work procedure; replace[2] if necessary (Audi Q7 3.0L TDI, A8 3.0L TDI, A3 2.0L TDI only).

**Perform every 130,000 miles (205,000 km).**

– Timing belt - Replace. Check condition of timing belt tensioning system, dampening pulleys, and idler pulleys and replace if necessary (A3 2.0L TDI only)

---

[1]  The air cleaner replacement at this interval includes the S8 4.0L V8 TFSI engine.

[2]  If DPF replacement is not necessary, perform check every 20,000 miles (30,000 km) thereafter until replacement becomes necessary.

## Record of Maintenance Services

**The Authorized Audi Dealer stamp in the boxes below is your record of each maintenance service performed.**

| 5,000 miles (8,000 km) maintenance service performed by: | 15,000 miles (25,000 km) maintenance service performed by: | 25,000 miles (40,000 km) maintenance service performed by: |
|---|---|---|
| Authorized Audi Dealer Stamp: | Authorized Audi Dealer Stamp: | Authorized Audi Dealer Stamp: |
| Date: | Date: | Date: |
| Miles (kilometers): | Miles (kilometers): | Miles (kilometers): |
| **35,000 miles (55,000 km) maintenance service performed by:** | **45,000 miles (70,000 km) maintenance service performed by:** | **55,000 miles (85,000 km) maintenance service performed by:** |
| Authorized Audi Dealer Stamp: | Authorized Audi Dealer Stamp: | Authorized Audi Dealer Stamp: |
| Date: | Date: | Date: |
| Miles (kilometers): | Miles (kilometers): | Miles (kilometers): |
| **65,000 miles (100,000 km) maintenance service performed by:** | **75,000 miles (115,000 km) maintenance service performed by:** | **85,000 miles (130,000 km) maintenance service performed by:** |
| Authorized Audi Dealer Stamp: | Authorized Audi Dealer Stamp: | Authorized Audi Dealer Stamp: |
| Date: | Date: | Date: |
| Miles (kilometers): | Miles (kilometers): | Miles (kilometers): |

26 • Maintenance

| 95,000 miles (145,000 km) maintenance service performed by: | 105,000 miles (160,000 km) maintenance service performed by: | 110,000 miles (Audi TTS only) maintenance service performed by: |
|---|---|---|
| Authorized Audi Dealer Stamp: | Authorized Audi Dealer Stamp: | Authorized Audi Dealer Stamp: |
| Date: | Date: | Date: |
| Miles (kilometers): | Miles (kilometers): | Miles (kilometers): |
| 115,000 miles (175,000 km) maintenance service performed by: | 125,000 miles (190,000 km) maintenance service performed by: | 130,000 miles (2.0l TDI only) maintenance service performed by: |
| Authorized Audi Dealer Stamp: | Authorized Audi Dealer Stamp: | Authorized Audi Dealer Stamp: |
| Date: | Date: | Date: |
| Miles (kilometers): | Miles (kilometers): | Miles (kilometers): |
| 135,000 miles (205,000 km) maintenance service performed by: | 145,000 miles (220,000 km) maintenance service performed by: | 155,000 miles (235,000 km) maintenance service performed by: |
| Authorized Audi Dealer Stamp: | Authorized Audi Dealer Stamp: | Authorized Audi Dealer Stamp: |
| Date: | Date: | Date: |
| Miles (kilometers): | Miles (kilometers): | Miles (kilometers): |

## Airbag Replacement

The airbag system can be deployed only once.

After an airbag has inflated it must be re-placed. The proper replacement of airbags will be entered into the record by your author-ized Audi Service Advisor.

**Front Airbag**

☐ left     ☐ right

**Side Airbag**

**left**     **right**

☐ front     ☐ front

☐ rear     ☐ rear

**SIDEGUARD**

☐ left     ☐ right

**Knee Airbag (where applicable)**

☐ left     ☐ right

Authorized Audi Dealer Stamp

Module replaced: _____

Date: _____

Next replacement: _____

Date: _____

## Airbag Replacement

The airbag system can be deployed only once.

After an airbag has inflated it must be re-placed. The proper replacement of airbags will be entered into the record by your author-ized Audi Service Advisor.

**Front Airbag**

☐ left     ☐ right

**Side Airbag**

**left**     **right**

☐ front     ☐ front

☐ rear     ☐ rear

**SIDEGUARD**

☐ left     ☐ right

**Knee Airbag (where applicable)**

☐ left     ☐ right

Authorized Audi Dealer Stamp

Module replaced: _____

Date: _____

Next replacement: _____

Date: _____

## Maintenance

### Speedometer replacement

For speedometer replacement on your vehicle, ask your authorized Audi Service advisor.

**Federal Law requires that a label be affixed to the left door frame when the replacement odometer does not indicate the actual vehicle mileage after repair or replacement. Audi Genuine replacement speedometers are supplied with the label**

#### Speedometer replacement

| Month | Day | Year |
|-------|-----|------|

(to be filled in by authorized Audi Dealer)

At mileage / km

Authorized Audi Dealer Stamp

### Delivery Inspection

#### Delivery Inspection

Before your vehicle is delivered to you, it is inspected according to factory guidelines.

The Delivery Inspection was performed on

| Month | Day | Year |
|-------|-----|------|

Authorized Audi Dealer Stamp

© 2012 AUDI AG All rights reserved.

Texts and specifications in this manual are based on information and knowledge available at the time of printing. Specifications are subject to change without notice.

May not be reproduced or translated in whole or in part without consent of AUDI AG.

Printed in Germany

**Editorial deadline: 09/17/2012**

 **For the sake of the environment**

Printed on environmentally friendly paper (bleached without chlorine, recyclable).

**2013 Audi Models**
**USA Warranty & Maintenance**
Englisch USA   11.2012
133.563.8MW.23



1335638MW23

www.audi.com