Homer B. Ramsey, Esq. (042661997)
Michael B. Gallub, Esq. (*pro hac vice*)
**HERZFELD & RUBIN, LLC**
354 Eisenhower Parkway
Livingston, New Jersey 07039
T: (973) 535-8840
F: (973) 535-8841
hramsey@herzfeld-rubin.com
mgallub@herzfeld-rubin.com
*Attorneys for Defendant*
*Volkswagen Group of America, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENI RIEGER, ALOHA DAVIS, JODIE CHAPMAN, CARRIE VASSEL, KAREN BURNAUGH, TOM GARDEN, ADA AND ANGELI GOZON, HERNAN A. GONZALEZ, PATRICIA A. HENSLEY, CLYDIENE FRANCIS, PETER and GUNNEL LOWEGARD, and GRANT BRADLEY, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, d/b/a AUDI OF AMERICA, INC., AUDI AG, a German corporation, and VOLKSWAGEN AG, a German corporation,<br><br>Defendants. | Case No. 1:21-cv-10546 (NLH)(MJS) |

## [PROPOSED] ORDER GRANTING DEFENDANT
## VOLKSWAGEN GROUP OF AMERICA, INC.'S MOTION TO
## DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

**THIS MATTER** comes before the Court upon the motion of Defendant Volkswagen

Group of America, Inc. ("VWGoA") for the entry of an Order dismissing all claims in Plaintiffs'

Consolidated Class Action Complaint pursuant to Fed. R. Civ. P. 12 (b)(1), 12(b)(6) and 9(b).

The Court having considered the submissions of the parties and oral argument, if any, and

for good cause shown,

1

**IT IS** on this _____ day of ____, 2022

**ORDERED** that Defendant VWGoA's Motion to Dismiss is **GRANTED** in its entirety,

and Plaintiffs' Consolidated Class Action Complaint is hereby dismissed with prejudice.


_____
Hon. Noel L. Hillman, U.S.D.J.