# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021 a true and correct copy of Defendant Volkswagen Group of America, Inc.'s Notice of Motion, Memorandum of Law, Declaration of Frank Pritzl and exhibits annexed thereto, Proposed Form of Order, and this Certificate of Service were served on the following counsel in the manner indicated:

| **Counsel** | **Manner of Service** |
|---|---|
| Abigail Gertner, Esq.<br>Amey J. Park, Esq.<br>Russel D. Paul, Esq.<br>BERGER MONTAGUE PC<br>1818 Market Street<br>Philadelphia, PA 19103 | ☒ ECF<br>☐ First Class Mail<br>☐ International Mail<br>☐ Overnight Delivery |
| Steven R. Weinmann, Esq.<br>CAPSTONE LAW APC<br>1875 Century Park East<br>Los Angeles, CA 90067 | ☒ ECF<br>☐ First Class Mail<br>☐ International Mail<br>☐ Overnight Delivery |

**HERZFELD & RUBIN, LLC**

By   /s/ Homer B. Ramsey
       Homer B. Ramsey