# Exhibit 1

# Technical Service Bulletin

**17 Engine oil consumption too high, 2.0L TFSI (EA888) Model Year 2009 - 2011**

17 13 43 2027731/5 October 16, 2013. Supersedes Technical Service Bulletin Group 17 number 13-42 dated October 10, 2013 for reasons listed below.

| Model(s) | Year | VIN Range | Vehicle-Specific Equipment |
|---|---|---|---|
| A4 | 2009 - 2011 | All | 2.0L TFSI |
| A5 | 2010 - 2011 | | |
| A5 Cab | 2010 - 2011 | | |
| Q5 | 2011 | | |

## Condition

| REVISION HISTORY | | |
|---|---|---|
| **Revision** | **Date** | **Purpose** |
| 5 | - | Revised *Warranty* (Updated Labor Operations) |
| 4 | 10/10/2013 | Revised header data (Added customer code for Elsa display) |
| 3 | 3/20/2012 | Revised *Service* (Updated Figure 1) |
| 2 | 11/11/2011 | Revised header data |
| 1 | 11/2/2011 | Original publication |

Based on customer complaint, follow the procedure below.

## Technical Background

In order to provide effective lubrication and cooling of internal engine components, all internal combustion engines consume a certain amount of engine oil. Oil consumption varies from engine to engine and may change significantly over the life of the engine. Typically, engines with specified break-in periods consume more oil during the break-in period, and the oil consumption will stabilize after the break-in period. Refer to the *Owner's Manual* for specific break-in procedures.

Under normal conditions, the rate of oil consumption depends on the quality and viscosity of the oil, the RPM at which the engine is operated, the ambient temperature and road conditions. Additional factors are the amount of oil dilution from water condensation or fuel residue and the oxidation level of the oil.

Under certain driving conditions, internal engine pressure conditions in the 2.0 TFSI engine can negatively influence the rate of oil consumption. This condition can occur while the vehicle is operated in metro driving conditions; for example: stop-and-go traffic with extended idle periods.

© 2013 Audi of America, Inc.
All rights reserved. Information contained in this document is based on the latest information available at the time of printing and is subject to the copyright and other intellectual property rights of Audi of America, Inc., its affiliated companies and its licensors. All rights are reserved to make changes at any time without notice. No part of this document may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, nor may these materials be modified or reposted to other sites, without the prior expressed written permission of the publisher.

# Technical Service Bulletin

## Production Solution

Crankcase pressure reduction starting with model year 2012.

## Service

1. Upon *customer complaint* of excessive engine oil consumption, proceed as follows:

   - Replace crankcase pressure regulating valve with part number **06H103495J**.

   - Replace front crankshaft seal with part number **06L103085B**. (Also requires front crankshaft bolt **WHT001760**).

   - Update the Engine Control Module software using SVM action code listed in the table below.

   - Follow all instructions TSB 2011732: *00 Software Version Management (SVM), operating instructions*.

| Model | Engine | Old Software Part Number | Old Software Version | New Software Part Number | New Software Version | SVM Action Code |
|---|---|---|---|---|---|---|
| 2009 – 2010 A4<br>2010 A5,<br>A5 Cabriolet | CAEB | 8K2907115N<br>8K2907115M<br>8K2907115D<br>8K2907115AA<br>8K2907115AA | 0001<br>0001<br>0001 – 0002<br>0001 – 0003<br>0005 – 0006 | 8K2907115AL | 0001 | 01A037 |
| 2011 A4 | CAEB | 8K2907115AD<br>8K2907115T | All | 8K2907115AG<br>8K2907115AM | 0002<br>0002 | B801A012 |
| 2011 A5 | CAEB | 8K2907115AD | All | 8K2907115AG | 0002 | B801A012 |
| 2011 A5 Cabriolet | CAEB | 8K2907115AD<br>8K2907115T | All | 8K2907115AG<br>8K2907115AM | 0002 | B801A012 |
| 2011 Audi Q5 | CAEB | 8R0907115H | All | 8R0907115P | 0002 | B801A012 |

© 2013 Audi of America, Inc.
All rights reserved. Information contained in this document is based on the latest information available at the time of printing and is subject to the copyright and other intellectual property rights of Audi of America, Inc., its affiliated companies and its licensors. All rights are reserved to make changes at any time without notice. No part of this document may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, nor may these materials be modified or reposted to other sites, without the prior expressed written permission of the publisher.

# Technical Service Bulletin



2. **Start oil consumption measurement, Part 1.**

    **Tip:** Ensure the VAS device is at software level *(Base 19 and Brand 19.34)* or higher

   **Tip:** The electronic oil consumption measurement will only function on the 2.0 TFSI engine with engine code **CAEB**.

   - **Park vehicle on a level surface, the GFF test plan will *not* continue if vehicle is tilt more than 0.5 degrees *(side to side or front to rear)*.**

   - From GFF, select *Function/Component Selection>>>Powertrain>>>CAEB –Engine>>>01-Oil consumption measurement (electronic measurement)*.



*Figure 1.* 01 – Oil consumption measurement (electronic measurement).

- Follow the GFF test plan, *Start oil consumption measurement* exactly and observe all notes and cautions.

© 2013 Audi of America, Inc.
All rights reserved. Information contained in this document is based on the latest information available at the time of printing and is subject to the copyright and other intellectual property rights of Audi of America, Inc., its affiliated companies and its licensors. All rights are reserved to make changes at any time without notice.  No part of this document may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, nor may these materials be modified or reposted to other sites, without the prior expressed written permission of the publisher.

# Technical Service Bulletin

## Warranty

Only one oil consumption test will be reimbursed under Warranty within the next 25,000 miles (40,000 km).

 **Note:**

Oil measurement plan must be performed independently. Time for additional tasks performed via GFF should not be included in oil measurement time and is subject to removal.

| Claim Type: | Use applicable claim type. If vehicle is outside any warranty, this Technical Service Bulletin is informational only. | | |
|---|---|---|---|
| **Service Number:** | 1055 | | |
| **Damage Code:** | 0010 | | |
| **Labor Operations:** | Start oil consumption measurement, Part 1 | 1716 0199 | Time on GFF diagnostic log (Max 60 TU) |
| | Pressure regulating valve     remove + install | 1726 1913 | 50 TU |
| | Crankshaft vibration damper  remove + install | 1375 1913 | 90 TU |
| | Crankshaft oil seal, pulley end remove + install | 1374 1963 | 30 TU |
| | SVM software update | 2470 2599 | Time on GFF diagnostic log (Max 40 TU) |
| **Diagnostic Time:** | GFF – Checking and clearing fault codes included in existing labor operations | 0150 0000 No allowance | 0 TU |
| | Road test prior to service procedure | No allowance | 0 TU |
| | Road test after service procedure | 0121 0004 | 10 TU |
| | Technical diagnosis at dealer's discretion (Refer to Section 2.2.1.2 and Audi Warranty Online for DADP allowance details) | | |
| **Claim Comment:** | As per TSB #2027731/5 | | |

All warranty claims submitted for payment must be in accordance with the *Audi Warranty Policies and Procedures Manual*. Claims are subject to review or audit by Audi Warranty.

© 2013 Audi of America, Inc.
All rights reserved.  Information contained in this document is based on the latest information available at the time of printing and is subject to the copyright and other intellectual property rights of Audi of America, Inc., its affiliated companies and its licensors. All rights are reserved to make changes at any time without notice.  No part of this document may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, nor may these materials be modified or reposted to other sites, without the prior expressed written permission of the publisher.

# Technical Service Bulletin



## Required Parts and Tools

| Required Parts | Part Number |
|---|---|
| Crankcase pressure regulating valve | 06H103495J |
| Front crankshaft seal | 06L103085B |
| Front crankshaft pulley bolt | WHT001760 |

| Required Tool | Tool number |
|---|---|
| Dip stick tool | T40178 |
| VAS Tester | Minimum software level: *Base 19, Brand 19.34* |

## Additional Information

The following Technical Service Bulletin will be necessary to complete this procedure:

- TSB 2011732 *00 Software Version Management (SVM), operating instructions.*

All parts and service references provided in this TSB (2027731) are subject to change and/or removal. Always check with your Parts Department and service manuals for the latest information.

© 2013 Audi of America, Inc.
All rights reserved. Information contained in this document is based on the latest information available at the time of printing and is subject to the copyright and other intellectual property rights of Audi of America, Inc., its affiliated companies and its licensors. All rights are reserved to make changes at any time without notice. No part of this document may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, nor may these materials be modified or reposted to other sites, without the prior expressed written permission of the publisher.