# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENI RIEGER, ALOHA DAVIS, JODIE CHAPMAN, CARRIE VASEL, KAREN BURNAUGH, TOM GARDEN, ADA and ANGELI GOZON, HERNAN A. GONZALEZ, PATRICIA A. HENSLEY, CLYDIENE FRANCIS, PETER LOWEGARD, and GRANT BRADLEY, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, d/b/a AUDI OF AMERICA, INC.,<br><br>Defendant. | Case No. 1:21-cv-10546-NHL-EAP<br><br>Motion Date: November 6, 2023<br><br>PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT |

**PLEASE TAKE NOTICE** that on November 6, 2023 at 9:00 AM or as soon thereafter as the matter can be heard, Plaintiffs Tom Garden, Carrie Vessel, Karen Burnaugh, Grant Bradley, Clydiene Francis, Ada and Angeli Gozon, Peter Lowegard, and Patrician Hensley ("Plaintiffs"), individually and on behalf of the Settlement Class, move this Court before Hon. Noel L. Hillman, U.S.D.J., pursuant to Rule 23 of the Federal Rules of Civil Procedure for an Order: (1) granting preliminary approval of the Settlement; (2) conditionally certifying the proposed

1

Settlement Class for settlement purposes; (3) conditionally appointing Plaintiffs as the Settlement Class Representatives and Plaintiffs' Counsel, Berger Montague PC, Capstone Law APC, and Ladah Law Firm, as Settlement Class Counsel; (4) approving the Parties' proposed Class Notice Plan for disseminating the Class Notice; (5) conditionally appointing JND Legal Administration, as the Settlement Claim Administrator; (6) setting deadlines for the filing of any objections to, or requests for exclusion from the Settlement and other submissions in connection with the Settlement approval process; and (7) setting a hearing date and briefing schedule for Final Approval of the Settlement and Plaintiffs' application for service awards and attorneys' fees and expenses.

In support of this Motion, Plaintiffs rely upon the accompanying Brief, the Declaration of Tarek Zohdy ("Zohdy Decl."), the Declaration of Russel D. Paul ("Paul Decl."), the Declaration of Ramzy P. Ladah ("Ladah Decl."), and a copy of the fully executed Settlement Agreement, which is attached as Exhibit 1 to the Zohdy Decl. The following Exhibits are appended to the Settlement Agreement:

- Exhibit 1, Claim Form
- Exhibit 2, Class Notice
- Exhibit 3, Preliminary Approval Order
- Exhibit 4, Designated VINs for Settlement Class Vehicles

Defendant Volkswagen Group of America, Inc. does not oppose this Motion.

Dated: October 11, 2023              Respectfully Submitted,

/s/ Russell D. Paul
Russell D. Paul (NJ Bar. No. 037411989)
Amey J. Park (NJ Bar. No. 070422014)

Abigail J. Gertner (NJ Bar. No. 019632003)
Natalie Lesser (NJ Bar No. 017882010)
**BERGER MONTAGUE PC**
1818 Market Street
Suite 3600
Philadelphia, PA  19103
Tel: (215) 875-3000
Fax: (215) 875-4604
rpaul@bm.net
apark@bm.net
agertner@bm.net

Tarek H. Zohdy (*pro hac vice*)
Cody R. Padgett (*pro hac vice*)
**CAPSTONE LAW APC**
1875 Century Park East
Suite 1000
Los Angeles, California 90067
Tel: (310) 556-4811
Fax: (310) 943-0396
tarek.zohdy@capstonelawyers.com
cody.padgett@capstonelaywers.com

Ramzy P. Ladah
Adrian A. Karimi (*pro hac vice*)
**LADAH LAW FIRM**
517 S. 3rd St
Las Vegas, NV  89101
Telephone:   (702) 252-0055
Facsimile:    (702) 248-0055
Ramzy@ladahlaw.com
Adrian@ladahlaw.com

*Attorneys for Plaintiffs and the Proposed Class and Subclasses*