# EXHIBIT 4

The VIN list is approximately 4,100 pages long and the Parties will make a copy available to the Court at the Court's request. Class Members will be able to use a VIN lookup tool on the class settlement website.