# EXHIBIT A



517 S. 3rd St.
Las Vegas, NV 89101
702-252-0055
ladahlaw.com

**About Ladah Law Firm**

Ladah Law is known as a premier Nevada civil litigation firm, with attorneys licensed in multiple states throughout the country. Ladah Law specializes in trying complex cases in trial to verdict, in both state and federal courts. The firm has been distinguished for their success in litigation and obtaining record setting settlements and favorable verdicts for its clients.

Known for specializing in personal injury, Ladah Law has grown into successfully litigating other plaintiff oriented rights of recovery, such as contract breach, intellectual property, and product defect cases. The firm also achieved success at the appellate level, succesfully arguing matters in both the Nevada Supreme Court and Ninth Circuit Court of Appeals.

Ladah Law currently consists of of 9 lawyers, 12 paralegals, and a growing and experience support staff that is fluent in over 6 different languages. The firm is a contributing member to the Nevada Justuce Association and has been recognized by its peers for its success in obtaining verdicts in state and federal courts.

Ladah Law is proud to support diversity and inclusion, as many members of its staff come from various parts of the world, ranging from China to California. Ladah Law further supports females in leadership roles, as the firm has 3 female attorneys and many female staff members in supervisory positions. Moreover, women at the firm are supported to take advantage of professional development education to strengthen their paths into important roles, not only in the firm, but also in the community. As a result, Ladah Law proudly boasts some of the most experienced and accomplished women in the industry. At Ladah Law, women lead.

---

**Ladah Law Building, 517 South Third Street, Las Vegas, Nevada 89101**
Phone (702) 252-0055; Fax (702) 248-0055; www.ladahlaw.com; ladah@ladahlaw.com



## History of Ladah Law Firm

Founded by Ramzy Ladah in 2010, Ladah Law was created to serve plaintiffs in personal injury actions. Ramzy Ladah began as a solo practitioner and has grown the firm from 2 employees to over 35 employees, and still growing. Ramzy Ladah's vision for Ladah Law was to build a reputable litigation firm that was not afraid to take cases to trial and achieve verdicts, no matter the size of the case.

Ramzy Ladah has obtained numerous large jury verdicts for his clients over the past few years, including a jury verdict in a trucking accident case for $10,000,000.00. For his age, Ramzy Ladah has obtained more million dollar settlements and verdicts than any other attorney in the State of Nevada. As a member of the multi-million dollar advocates forum, the Top 40 under 40 lawyers, and the top 100 trial lawyers in the nation, attorney Ramzy Ladah is well respected in the profession. Ramzy Ladah is also one of the few certified personal injury specialists in the state of Nevada.

## Select Attorney Profiles

**Dina Romaya-Ladah**
Dina was awarded a scholarship to attend the University of Nevada, Las Vegas, William S. Boyd School of Law, which she began in 2004. During her time at UNLV she externed for Senator Harry Reid. After graduating from law school in 2007, Dina went on to take and pass bar exams in Nevada, California and Arizona and is licensed to practice in all three states, as well as the federal courts in Nevada and Southern District of California.

Dina is a Sustaining Member of the Nevada Justice Association, a Forum member of Trial by Woman, an advocate for Citizens for Justice, and has served on boards within the community, in addition to doing philanthropic work within Clark County and beyond.

Dina has collaborated to create juror profiles and select juries who have awarded multi-million dollar verdicts to Ladah Law Firm Clients. Known as the "juror whisperer", Dina specializes in jury selection and is pivotal part of the firm during trial.

Dina has been honored on the cover of My Vegas Magazine as a Readers' Choice Top 100 Lawyers in Las Vegas (Winter 2017), recognized as a "Real Top Lawyer" by Real Vegas Magazine's inaugural September 2018 issue, recognized as one of the



"Women who Wow" in Real Vegas Magazine's December 2018 issue and again as one of the "Women Who Wow – Real Women of Substance" in Real Vegas Magazines' December 2019 issue, and was named in the 2020 Top 40 under 40 by the National Trial Lawyers Association.

**Anthony Ashby**
Anthony Ashby has been licensed for over 20 years in Nevada and spent nearly all of his 20 year career working as an insurance defense lawyer. During his time working for the defense, Anthony rose to the ranks of senior partner at one of the most successful insurance defense firms in Nevada.

Anthony has conducted more than 100 jury trials, over 200 arbitrations, and dozens of mediations for insurance companies, and therefore is considered one of the most experienced litigation attorneys in Nevada. Anthony uses his considerable insurance defense experience to guide the firm's clients through the strategy and trial tactics defense uses to delay justice for plaintiffs. Anthony is involved, one way or another, in essentially every case that Ladah Law Firm takes to trial.

**Adrian Karimi**
Adrian attended the University of California, Los Angeles and received a Bachelor's in History, *Cum Laude*. Once graduating from UCLA, Adrian moved to Las Vegas, Nevada and attended William S. Boyd School of Law at UNLV. While in law school, Adrian was a judicial extern clerk for the Honorable Justice Pickering of the Nevada Supreme Court, and also for the Honorable Judge (now Justice) Abbi Silver of the Eighth Judicial District Court, Dept. XV in Clark County, Nevada. Adrian also worked as a law clerk in private practice while in law school, honing his skills in various areas of civil litigation such as civil RICO claims and Nevada's newest area of law: HOA foreclosure processes.

Since 2014, Adrian began his legal career as a Judicial Law Clerk for Honorable Judge (now Justice) Silver. It was during his clerkship did Adrian become more familiar with both civil and criminal matters, and the Court process for all issues. After his clerkship, Adrian went into private practice joining one of Las Vegas' bigger Plaintiffs' firms working on class actions, mass torts, general civil litigation, personal injury, workers' compensation, and wage/hour claims. Adrian has done over 10 trials and over 100 arbitrations since becoming licensed in 2014.